**Order entered August 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00521-CV

**ALFRED HENDRICKS SR., Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-30828**

## ORDER

We **GRANT** appellant's August 24, 2015 second unopposed motion for extension of time to file brief and **ORDER** the brief be filed no later than September 25, 2015. Appellant is cautioned that no further extensions may be granted absent exigent circumstances.

/s/    CRAIG STODDART
       JUSTICE